UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAVID M. SKINNER, et al.,

                Plaintiffs,

                                                DECISION AND ORDER

                                                03-CV-6216L

            v.

MARC CHAPMAN and
DEBRA BREESE,

                Defendants.

---

On December 30, 2003, plaintiffs filed a motion for default judgment against defendant Debra Breese for failure to answer or defend the allegations in the complaint (Dkt. #10). The record indicates that on December 29, 2003, defendant Breese responded to plaintiffs' complaint by filing an answer (Dkt. 9). Therefore, plaintiffs' motion for default judgment against defendant Breese is denied.

    IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
         December 31, 2003