AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

**DAVID M. SKINNER and**
**JENNIFER SKINNER,**
   Plaintiff(s),

v.

**JUDGMENT IN A CIVIL CASE**

**MARC CHAPMAN,**
**DEBRA BREESE,**
   Defendant(s).

CASE NUMBER: 03-cv-6216

☐ JURY VERDICT. THIS ACTION CAME BEFORE THE COURT FOR A TRIAL BY JURY. THE ISSUES HAVE BEEN TRIED AND THE JURY HAS RENDERED ITS VERDICT.

☒ DECISION BY COURT. THIS ACTION CAME TO HEARING BEFORE THE COURT. THE ISSUES HAVE BEEN HEARD AND A DECISION HAS BEEN RENDERED.

IT IS ORDERED AND ADJUDGED THAT THE COMPLAINT IS DISMISSED.

JULY 27, 2004
DATE

RODNEY C. EARLY
CLERK

*Jacqueline Lawrence* (signature)
JACQUELINE LAWRENCE
(BY) DEPUTY CLERK